| | | |
|---|---|---|
| **DOUGLAS HICKS** | * | IN THE |
| 667 Ostego Street, Apt C | | |
| Havre de Grace, Maryland 21078 | * | CIRCUIT COURT |
| Plaintiff | * | OF |
| v. | * | MARYLAND |
| **EARL TRENT** | * | FOR |
| 725 Ringgold Drive | | |
| Nashville, Tennessee 37207-3606 | * | BALTIMORE CITY |
| And | * | |
| **GLADIATOR LOGISTICS INC.** | * | |
| SERVE ON: | | Case No._____ |
| **EARL TRENT** | * | |
| 725 Ringgold Drive | | |
| Nashville, Tennessee 37207-3606 | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT

Plaintiff, Douglas Hicks, by and through his attorneys, Tara Westra, Esquire, and the *Law Offices of Parker, Pallett, Slezak & Russell, LLC*, hereby files the instant cause of action against Defendants, Earl Trent and Gladiator Logistics, Inc., and for reasons therefore state:

### FACTS COMMON TO ALL COUNTS

1. That on or about November 13, 2020, Defendant, Earl Trent, was operating a vehicle Tennessee License plate B828HU, as agent servant and/or employee of Defendant, Gladiator Logistics, Inc.

2. That on or about November 13, 2020, Defendant, Earl Trent, acting as agent servant and/or employee of Defendant, Gladiator Logistics, Inc. was traveling on O'Donnell Street in the area of Interstate Avenue in Baltimore City, State of Maryland in the right through lane. At same time and place a vehicle operated by the Plaintiff, Douglas Hicks was traveling on O'Donnell Street in the far-left lane of travel when the Defendant, Trent

Scanned with CamSc

acting as the agent, servant, and/or employee of Defendant, Gladiator Logistics, Inc. suddenly and without warning attempted to make a left turn onto Interstate Avenue crashing into the vehicle operated by the Plaintiff.

3. The crash occurred in Baltimore City, Maryland.

4. That Defendant Gladiator Logistics, Inc. does substantial business within Baltimore City, Maryland.

5. Accordingly, venue and jurisdiction are appropriate with this Honorable Court.

### COUNT I – NEGLIGENCE – MATEO WAYNE CONSTANTINO

6. Plaintiff hereby incorporates all prior, relevant, and factual allegations as if same were set forth fully herein.

7. That at the time of the within collision, Defendant, Trent owed Plaintiff a duty to operate his motor vehicle in a careful and prudent manner.

8. That Defendant, Trent breached said duty to the Plaintiff and the collision was caused by his negligence in that he: Operated and drove his vehicle in a careless, reckless and negligent manner; failed to observe the presence upon the highway of the vehicle which the Plaintiff was operating; failed to bring his vehicle to a complete stop in time to avoid the collision; failed to maintain a proper lookout for other vehicles upon the highway; failed to maintain proper control over his vehicle; operated his vehicle contrary to the laws of the State of Maryland with regard to the operation of his vehicle on a public highway; failed to drive at a reasonable rate of speed under the circumstances then and there existing; and was otherwise negligent.

9. Plaintiff was free of contributory negligence.

10. As a direct, foreseeable, and proximate result of the negligence of the Defendant Trent, Plaintiff was caused to sustain medical bills, both in the past and with reasonable

Scanned with CamSc

probability to be extended unto the future; loss of wages; property damages; pain; suffering; restriction in range of motion; immobility, permanent injury, inconvenience; and other damages whether herein stated or not.

**WHEREFORE,** that by reason of the foregoing, the Plaintiff demands monetary damages in EXCESS of SEVENTY-FIVE THOUSAND ($75,000.00) dollars damages from the Defendant, Trent.

<u>**COUNT II – VICARIOUS LIABILITY –**</u>

<u>**GLADIATOR LOGISITCS, INC.**</u>

11. Plaintiff hereby incorporates all prior, relevant, and factual allegations as if same were set forth fully herein.

12. That Defendant Trent breached said duty to the Plaintiff and the collision was caused by his negligence in that he: Operated and drove his vehicle in a careless, reckless and negligent manner; failed to observe the presence upon the highway of the vehicle which the Plaintiff was operating; failed to bring his vehicle to a complete stop in time to avoid the collision; failed to maintain a proper lookout for other vehicles upon the highway; failed to maintain proper control over his vehicle; operated his vehicle contrary to the laws of the State of Maryland with regard to the operation of his vehicle on a public highway; failed to drive at a reasonable rate of speed under the circumstances then and there existing; and was otherwise negligent.

13. Plaintiff was free of contributory negligence.

14. That at the time of the within incident, Defendant Trent was operating as the agent, servant, and employee of Defendant Gladiator Logistics, Inc. As such, Defendant, Gladiator Logistics, Inc., are vicariously liable for the negligence of its employee and responsible for all the damages of Plaintiff.

Scanned with CamSc

15. As a direct, foreseeable, and proximate result of the negligence of the Defendant Trent, Plaintiff was caused to sustain medical bills, both in the past and with reasonable probability to be extended unto the future; loss of wages, both in the past and with reasonable probability to be extended unto the future, property damages; permanent injury; pain; suffering; restriction in range of motion; immobility, inconvenience; and other damages whether herein stated or not.

**WHEREFORE,** that by reason of the foregoing, the Plaintiff demands monetary damages in EXCESS of SEVENTY-FIVE THOUSAND ($75,000.00) dollars damages from the Defendant, Gladiator Logistics, Inc.

### NEGLIGENT ENTRUSTMENT

16. The Plaintiffs incorporate Paragraphs 1 through 16 as fully as if the allegations were repeated at length herein.

17. Plaintiff hereby brings this cause of action against Defendant, Gladiator Logistics, Inc., for the negligent entrustment of their vehicle to Defendant, Trent. The negligent entrustment consisted of Gladiator Logistics Inc. providing a vehicle to a person who was not seasoned and capable of driving in a responsible manner. Furthermore, Defendant Gladiator Logistics Inc. knew or should have known of the propensity of Defendant, Trent, to drive in a reckless, wanton, and gross manner with total disregard for the wellbeing of others on the roadway, including the Plaintiff, Douglas Hicks.

**WHEREFORE,** that by reason of the foregoing, the Plaintiff demands monetary damages in EXCESS of SEVENTY-FIVE THOUSAND ($75,000.00) dollars damages from the Defendant, Gladiator Logistics Inc.

Scanned with CamSc

/s/ Tara Westra
_____
Tara Westra, Esq. (CPF/AIS# 0212180309)
Parker, Pallett, Slezak & Russell, LLC
11450 Pulaski Highway
White Marsh, Maryland 21162
(410) 335-3800 / (410) 335-3096 - fax
twestra@ppsrlaw.com
*Attorney for Plaintiff*

Scanned with CamSc